CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6840
FAX: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ALEXANDER SANCHEZ CASTILLO,<br><br>Defendant. | Case No. 26-MJ-70922 MAG<br><br>**UNITED STATES' MOTION TO DISMISS; ORDER**<br><br>No Hearing Date Set |

**MOTION**

On July 1, 2026, the Defendant, Jonathan Sanchez Castillo, was charged in a Criminal Complaint with Conspiracy to Commit Bank Larceny, in violation of Title 18, United States Code, Sections 2113(b) and 371. The Defendant made an initial appearance on that Complaint in the District of Nevada. On August 6, 2026, the Defendant made his initial appearance on the Complaint in this District. On August 6, 2026, the Court released the Defendant on bond.

After his release, the Defendant was taken into ICE custody pending his removal from the United States. On August 28, 2026, the Court held a hearing for arraignment or preliminary hearing on the charges on the Complaint. The Defendant remained in ICE custody, and he did not appear. Because the

three-week deadline under Rule 5.1 for charging via Indictment or preliminary hearing had passed, the government moved to dismiss the Complaint at the August 28, 2026 hearing. The Court granted that motion. This motion and order memorializes that dismissal.

DATED: September 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Kevin J. Barry*
__________________________
KEVIN J. BARRY
Assistant United States Attorney

**ORDER**

Based on the government's motion and the Defendant's unavailability because of his presence in ICE custody, and for good cause shown, the Court GRANTS the motion to dismiss, and the Criminal Complaint in this action is DISMISSED.

IT IS SO ORDERED.

Dated: _September 14, 2026

Hon. THOMAS S. HIXSON
United States Magistrate Judge